## SUPREME COURT.

GEORGE S. THOMPSON, appellant, agt. JAMES C. FARGO,
Treasurer, &c., respondent.

*Discharges from military service, when valid though names not on the
muster rolls.*

When from circumstances it is to be inferred that two discharges from
military service are genuine and authentic; and if they are it is
evidence that the persons named in them were in the United States
military service and entitled to the money payable under them, although
for some reason their names did not appear on the muster roll of the
company.

*First Department, General Term, October,* 1874.

APPEAL from judgment recovered on referee's report.

*Edward Van Ness,* for appellant.

*Hamilton Cole,* for respondent.

DANIELS, *J.* — Upon the trial of this action the plaintiff
produced a verified copy of the muster roll of Company H,
Eleventh Regiment of Illinois Cavalry, from which it
appeared that neither the name of John White nor William
White appeared among the officers or men of that company.
From that circumstance it was maintained, on behalf of the
plaintiff, that neither of those persons belonged to the com-
pany, and that they were fictitious persons. But the discharge
of each person was produced, purporting to be given by M.
Campbell, as captain of the Eighth Iowa Infantry, com-

manding the regiment; and, according to plaintiff's own evidence, he presented these discharges to the paymaster at Springfield when he received the amounts claimed by the Whites. And upon them, with the other papers used, the plaintiff received for them the money in dispute in this action.

From these circumstances it is to be inferred that the discharges produced were genuine and authentic. And if they were, then they are evidence that the Whites were in the United States military service, and entitled to the money in controversy, although for some reason their names do not appear on the muster roll of the company. There was sufficient before the referee to justify him in concluding that the Whites were real living individuals, and entitled, as against the plaintiff, to the money claimed in this action. And as that was the case, no such change was made in the evidence as distinguished the facts proved, or the rights of the plaintiff, from what they appeared to be when this action was previously before the courts for review. Accordingly the decision then made is conclusive against the plaintiff; and the judgment appealed from should be affirmed (*Thompson* agt. *Fargo*, 49 *N. Y.*, 188.)

DAVIS, P. J., and LAWRENCE, J., concurred.